**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Jacob Hadden, et al.
       Plaintiff,

v.                 Case No.: 1:21−cv−02746
                Honorable Matthew F. Kennelly

Quick Key, Inc., et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 20, 2023:

  MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 4/20/2023. Plaintiffs' motion for court approval of settlement [56] is granted as to the reasons stated on the record. The parties are directed to provide a draft order to Judge Kennelly's proposed order email address by 4/21/2023. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.