UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JACOB HADDEN AND RAMON ACOSTA,** on behalf of themselves, and all other plaintiffs similarly situated, known and unknown,<br><br>    Plaintiffs<br><br>    v.<br><br>**QUICK KEY, INC., AN ILLINOIS CORPORATION, GAL DRUCKER, INDIVIDUALLY AND ORON NURIEL, INDIVIDUALLY**<br><br>    Defendants. | **N<u>o</u>.** 1:21-cv-2746 |
| **LUIS GARCIA AND ORLANDO PEREZ,** on behalf of themselves, and all other plaintiffs similarly situated, known and unknown,<br><br>    Plaintiffs,<br><br>    v.<br><br>**THE PROFESSIONAL LOCKSMITH, INC., AN ILLINOIS CORPORATION, ORON NURIEL, INDIVIDUALLY AND GAL DRUCKER, INDIVIDUALLY**<br><br>    Defendants. | **N<u>o</u>.** 1:22-cv-00987<br><br>**Hon. Matthew F. Kennelly**<br>**U.S. District Judge, Presiding** |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF PARTIES'
SETTLEMENT AGREEMENT AND DISMISSAL**

Before the Court is the Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal ("Joint Motion"). Having reviewed the Parties' Joint Motion, and having reviewed the Parties' Settlement Agreement, it appears to the Court that due cause exists to grant the Joint Motion, to approve the Settlement Agreement, and to dismiss this case with prejudice.

**ORDERED, ADJUDGED, AND DECREED** that (1) the Settlement Agreement is **APPROVED** by the Court as fair and reasonable under the facts and circumstances presented, (2)

this case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorneys' fees except as otherwise agreed in the Settlement Agreement, and (3) the Plaintiffs agreed to an enforceable general release of all claims.

_____
Honorable Matthew F. Kennelly

Date: May 15, 2023